UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Knox, et al.,
       Plaintiff

v.                                          Civil Action No. 07-10124-NMG

M-Qube, Inc.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                              By the Court,

                                              /S/ Craig J. Nicewicz

3/31/2010                                      _____
   Date                                         Craig J. Nicewicz
                                                      Courtroom Clerk